IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| MEANRITH MAM, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 4:07-cv-01814-WMA-JEO |
| | ) | |
| ATTORNEY GENERAL OF THE UNITED STATES, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM OPINION

The petitioner, Meanrith Mam, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 4, 2008, the respondents filed a motion to dismiss this action as moot premised upon the petitioner having been released on an order of supervision on January 4, 2008. Therefore, the respondents assert that there is no longer a case or controversy between the parties.

The court agrees with the respondents. Accordingly, this action is due to be dismissed. An appropriate order will be entered.

**DONE** this 23rd day of January, 2008.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE